Same case below, 648 F.3d 654.

Same case below, 445 Fed. Appx. 644.

**No. 11-7697. Robert C. Daniels, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1069, 181 L. Ed. 2d 784, 2012 U.S. LEXIS 462.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 653 F.3d 399.

**No. 11-7699. Alaa M. Al Jaber, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1069, 181 L. Ed. 2d 784, 2012 U.S. LEXIS 426.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 436 Fed. Appx. 9.

**No. 11-7705. James W. Watson, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1070, 181 L. Ed. 2d 784, 2012 U.S. LEXIS 465.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 450 Fed. Appx. 571.

**No. 11-7707. Christopher Rondell Rogers, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1070, 181 L. Ed. 2d 784, 2012 U.S. LEXIS 435.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-7708. Sergio Manuel Ceja, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1070, 181 L. Ed. 2d 784, 2012 U.S. LEXIS 421.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-7709. Travis C. Davis, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1070, 181 L. Ed. 2d 784, 2012 U.S. LEXIS 533.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 443 Fed. Appx. 9.

**No. 11-7712. Jesus Ulysses Arseo-Franco, aka Mike Allison Corrales, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1070, 181 L. Ed. 2d 784, 2012 U.S. LEXIS 441.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 439 Fed. Appx. 333.

**No. 11-7716. Vida Deas, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1070, 181 L. Ed. 2d 784, 2012 U.S. LEXIS 544.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 452 Fed. Appx. 12.